BARRY J. PORTMAN
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant REBOLLEDO-REBOLLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00322-LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [P~~ROPOSED~~] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING |
| ) | |
| CANDIDO REBOLLEDO-REBOLLEDO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and jointly request that the sentencing hearing date currently set for Wednesday, December 14, 2011, at 10:00 a.m., be continued to Wednesday, February 29, 2012, at 10:00 a.m.

Mr. Candido Rebolledo-Rebolledo has entered an open plea to a single count of illegal reentry in violation of 8 U.S.C. § 1326, and is to be sentenced by the court. The reason for the requested continuance is, the defense requires additional time to complete the ongoing sentencing mitigation investigation, which is complicated by interviews of witnesses located in Mexico. Additionally, the defense has several outstanding requests for social history records

Stipulation and [~~Proposed~~] Order Continuing
Hearing, CR 11-00322-LHK

1

that defense counsel believes are relevant to the Court's sentencing determination with respect to Mr. Candido-Rebollledo, and counsel is being assisted by the Mexican Consulate to obtain some of those records. Accordingly, the parties therefore jointly agree to a continuance of the sentencing hearing date to February 29, 2012, to permit the defense additional time to conclude the aforementioned investigation.

The parties therefore respectfully request that the Court continue the defendant's sentencing date from December 14, 2011 to February 29, 2012 at 10:00 a.m. The United States Probation Office has been consulted about the requested continuance and has no objection.

Dated: November 21, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 21, 2011

_____/s/_____
ANN MARIE URSINI
Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Wednesday, December 14, 2011, is continued to Wednesday, February 29, 2012, at 10:00 a.m, and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

It is so ordered.

Dated: November 22, 2011

*Lucy H. Koh*
THE HON. LUCY H. KOH
United States District Court Judge